UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JBM ELECTRONICS CO., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:08CV01528 AGF |
| TRANSTEL GROUP, INC., | ) |
| Defendant. | ) |

## **ORDER**

No answer having been filed, and Plaintiff having filed a notice of voluntary dismissal, without prejudice, [Doc. #8],

**IT IS HEREBY ORDERED** that the case is dismissed, without prejudice, on Plaintiff's motion.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 31st day of December, 2008.